# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TYRONE PORTER                                                                                       PLAINTIFF

v.                                   NO. 3:08CV00059 SWW/HDY

CRITTENDEN COUNTY DETENTION FACILITY,                                    DEFENDANTS
SUPERVISOR HALL, OFFICER SMITH, and
ADMINISTRATOR ZANE

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The Court orders the following:

(1) The Crittenden County, Arkansas, Detention Facility is dismissed as a party to this proceeding because it is not a legal entity amenable to being joined in a complaint pursuant to 42 U.S.C. 1983.

(2) The Clerk of the Court shall issue, and the United States Marshal shall serve, a summons and copy of the initial complaint on Supervisor Hall, Officer Smith, and Administrator Zane at 350 Afco Road, West Memphis, Arkansas, 72301.

(3) The May 1, 2008, application to proceed in forma pauperis filed by plaintiff Tyrone Porter ("Porter") is denied as moot.

(4) The Crittenden County, Arkansas, Memorial Hospital ("Hospital") is dismissed as a party to this proceeding, and Porter's amended complaint is dismissed as the Hospital was the only defendant named in that submission.

IT IS SO ORDERED this 2nd day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE