IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TYRONE PORTER                                                                      PLAINTIFF

v.                          NO. 3:08CV00059 SWW/HDY

CRITTENDEN COUNTY DETENTION FACILITY,                       DEFENDANTS
SUPERVISOR HALL, OFFICER SMITH, and
ADMINISTRATOR ZANE

## ORDER

As noted in the Order entered by Magistrate Judge H. David Young on June 11, 2009 [doc.#74], the Final Scheduling Order entered September 29, 2008 [doc.#27], is hereby vacated and the scheduled trial date of July 20, 2009, continued. The Court will issue an amended scheduling order, if necessary, at a later date.

IT IS SO ORDERED this 11th day of June 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE