IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TYRONE PORTER                                                                                          PLAINTIFF

v.                                            NO. 3:08CV00059 SWW

CRITTENDEN COUNTY DETENTION FACILITY,                                         DEFENDANTS
SUPERVISOR HALL, OFFICER SMITH, and
ADMINISTRATOR BOYD

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  This case is dismissed, and judgment will be entered for all of the defendants.

IT IS SO ORDERED this 29th day of September, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE