IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TYRONE PORTER                                                                                   PLAINTIFF

v.                                        NO. 3:08CV00059 SWW

CRITTENDEN COUNTY DETENTION FACILITY,                              DEFENDANTS
SUPERVISOR HALL, OFFICER SMITH, and
ADMINISTRATOR BOYD

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for all of the defendants. This case is dismissed.

IT IS SO ORDERED this 29th day of September, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE